**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6224

LARRY JAMES TYLER,

        Plaintiff - Appellant,

    v.

WARDEN COE, Director of Darlington County Detention Center; JAMES HUDSON, Sheriff; ALLISON DAYS, CAPT; DIRECTOR SHANNON O'NEIL, Director of Medical; TRAVIS BOYKIN, Inmate,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Mary G. Lewis, District Judge.  (2:24-cv-05075-MGL-MGB)

Submitted:  July 24, 2025                                      Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Larry James Tyler, Appellant Pro Se.  Carmen Vaughn Ganjehsani, Caleb Martin Riser, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler seeks to appeal the magistrate judge's order denying Tyler's motion to appoint counsel. Three of the appellees move to dismiss the appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Tyler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Tyler's appellate motion to appoint counsel, grant the motion to dismiss, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*